AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

FILED
Aug 07, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States of America
v.

CHRISTOPHER M. PERRY

*Defendant(s)*

Case No. 2:26-mj-0125 SCR

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of Oct. 2022 to June 2025; June 12, 2026 to June 30, 2026 in Nevada and Placer counties in the Eastern District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |
| 18 U.S.C. § 1519 | Destruction of records in a federal investigation |

This criminal complaint is based on these facts:

(see attachment)

☒ Continued on the attached sheet.

/s/ McKay Campbell
*Complainant's signature*

McKay Campbell, FBI Special Agent
*Printed name and title*

Sworn to me and signed via telephone.

Date: August 7, 2026

*Judge's signature*

City and state: Sacramento, California

Sean C. Riordan, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, McKay Campbell, Special Agent, Federal Bureau of Investigation, being duly sworn, state:

## INTRODUCTION AND AFFIANT BACKGROUND

1. I make this affidavit in support of a criminal complaint for CHRISTOPHER M. PERRY. Based on the facts set forth in this affidavit, there is probable cause to believe that, PERRY violated 18 U.S.C. § 922(g)(1) – felon in possession of a firearm, between in or about October 2022 through in or about June 2025, and violated 18 U.S.C. § 1519 – destruction of records in a federal investigation, between on or about June 12, 2026 through on or about July 30, 2026.

2. I am a Special Agent with the Federal Bureau of Investigation ("FBI") in Sacramento, California, and have been assigned to this office since November 2023, following graduation from the FBI Academy in Quantico, Virginia. I am currently assigned to Squad CT-2 (Domestic Terrorism, Weapons of Mass Destruction, and Special Events), which is a component of the Joint Terrorism Task Force. As part of my duties, I have participated in investigations of organizations and individuals engaged in domestic terrorism, terrorist activity, and other criminal activities. While conducting investigations, I have assisted with monitoring GPS tracking devices, interviews, surveillances, search warrants, and arrest warrants. Prior to being hired by the FBI, I was an educator for over five years. Through my experience, education, and training, I have become familiar with methods and tradecraft utilized by individuals to communicate online and engage in activities online in support of criminal behavior. I have gained this knowledge through my training at the FBI Academy and my daily work related to domestic terrorism investigations. As a Special Agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3. I am an investigator and law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7). I am empowered by law to conduct investigations, to execute search warrants, and to make arrests for offenses of Federal law, including domestic terrorism.

4. The facts in this affidavit come from my personal observations, my training and experience, information from records and databases, and information obtained from other agents and witnesses. This affidavit does not set forth all of my knowledge about this matter; it is intended to only show that there is sufficient probable cause for the requested warrant.

## LAW

5. 18 U.S.C. § 922(g)(1) provides that: "It shall be unlawful for any person . . . who has been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year . . . to ship or transport in interstate or foreign commerce, or possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce."

6. 18 U.S.C. § 1519 provides that: "Whoever knowingly alters, destroys, mutilates, conceals, covers up, falsifies, or makes a false entry in any record, document, or tangible object with the intent to impede, obstruct, or influence the investigation or proper administration of any matter within the jurisdiction of any department or agency of the United States . . . or in relation to or contemplation of any such matter or case, shall be fined under this title, imprisoned not more than 20 years, or both."

## FACTS SUPPORTING PROBABLE CAUSE

7. During the course of this investigation, the FBI identified a group of conspirators, including PERRY, who planned to procure weapons and carry out an attack at the UFC Freedom 250 event on June 14, 2026. Several other members of the conspiracy have been arrested and charged, including the following:

a. On June 12, 2026, Tycen C. Proper ("PROPER") was charged in a federal criminal complaint in the Southern District of Ohio for his involvement in this plot.

b. On June 14, 2026, Abraham Hermosillo Alvarez ("ALVAREZ") was charged in a federal criminal complaint in the District of Nebraska for his involvement in this plot.

c. On June 14, 2026, Michael Alan Thomas ("THOMAS") was charged in a federal criminal complaint in the Central District of California for his involvement in this plot.

d. On June 14, 2026, Byan Omar Roa ("ROA") was charged in a federal criminal complaint in the Central District of California for his involvement in this plot.

e. On June 15, 2026, Daniel K. Eskridge ("ESKRIDGE") was charged in a federal criminal complaint in the Western District of Missouri for his involvement in this plot.

f. On June 19, 2026, William Lee Spartacus Falkner ("FALKNER") was charged in a federal criminal complaint in the Western District of Washington for his involvement in this plot.

g. On June 21, 2026, Jordan W. Rincker ("RINCKER") was charged in a federal criminal complaint in the Western District of Missouri for his involvement in this plot.

8. On July 9, 2026, a grand jury in the Southern District of Ohio returned an indictment charging the persons listed above in paragraph 7 as well as another defendant, Chandler Dylan Scaggs ("SCAGGS"), with conspiracy to provide material support to terrorists, in violation of 18 U.S.C. § 2339A (Count 1); and conspiracy to commit murder within the special territorial jurisdiction of the United States and to murder an officer or employee of the United States, in violation of 18 U.S.C. § 1117 (Count 2), in relation to the attack plot against UFC Freedom 250. *See* Case No. 2:26-cr-113, Dkt. No. 33 (S.D. Ohio).

**A. Law Enforcement Uncovers a Plot to Assassinate Federal Officials at the UFC Fight**

9. Based on my conversations with other law enforcement officers, review of relevant reports, databases, videos, photos, and extracted digital evidence pursuant to search warrants, I understand the following:

10. On or about June 10, 2026, at approximately 9:18 p.m., officers with the Knox

County, Ohio Sheriff's Office and Danville, Ohio Police Department were dispatched to an address in Danville, Ohio in reference to a disturbance. The caller, identified as the mother of Tycen J. PROPER,[1] was concerned about her son, Tycen J. PROPER ("PROPER"), due to his recent conduct, including purchasing firearms and communicating with concerning individuals online.

11. Officers arrived at PROPER's residence at approximately 9:38 p.m. and spoke to PROPER, his mother, and father. PROPER is a 19-year-old male who lives at that residence with his parents. When deputies spoke to the father of PROPER,[2] he stated that PROPER had recently met random people online and had been planning "recons" with these individuals. His father expressed how PROPER met these individuals online and was planning to leave that upcoming weekend (the weekend of June 13, 2026) to meet up with those online individuals. His father further stated that PROPER had also recently acquired camping gear, food, ballistic plates, a new shotgun, a rifle, "lots" of ammunition, extra magazines, and plate carriers. PROPER allegedly spent approximately $3,000 of his graduation money to purchase the previously described equipment.

12. In addition to the above behavior, PROPER's father stated that PROPER also quit his job recently in preparation to meet the individuals he had been interacting with online to conduct "missions" and "recons." His father did not have any additional information about the identities of the people with whom PROPER was speaking.

13. The Knox County Sheriff's Office took photographs of the equipment acquired by PROPER, which included several boxes of ammunition (estimated by law enforcement to be in the thousands of rounds of ammunition), two plate carriers with AR-style magazines, an AR-

---

[1] I know the name of PROPER's mother, but in this affidavit, I refer to her as the mother of PROPER.

[2] I know the name of PROPER's father, but in this affidavit, I refer to him as the father of PROPER.

style rifle, and a bullpup rifle painted with an American flag.[3] The family voluntarily surrendered custody of PROPER's equipment to law enforcement.

14. At the conclusion of the encounter, PROPER was transported by the Knox County Sheriff's Office to a local hospital, where law enforcement submitted an application for emergency admission based on his homicidal ideations. The application detailed that PROPER had been contemplating joining the military or police force with the goal of being able to kill people.

15. On June 11, 2026, the Knox County Sheriff's Office contacted the FBI as a result of its interactions with PROPER.

16. Also on June 11, 2026, a Task Force Officer with FBI Cincinnati Division contacted the mother of PROPER for a telephone interview for additional information. PROPER's mother informed law enforcement that PROPER had recently begun interacting with a group online that was comprised of individuals, who represented themselves as ex-military, and that may share some Christian-based ideology. She stated that she didn't know the name of the group, but that they expressed ultra-religious and anti-government sentiments, specifically citing grievances about government corruption, the handling of the Epstein files, data centers taking up all the water in communities, and other government actions. PROPER's mother noted that PROPER's communications with these individuals online had caused PROPER to lean heavily into his religion and she believed that those individuals used religion to manipulate and influence PROPER.

17. In addition to the equipment and firearms PROPER had recently purchased, PROPER's mother stated that she observed him recently engaged in physical training, which she initially thought was to further his aspirations to join the military or police. However, later, she

---

[3] According to employees at a store in Knox County, Ohio, who were interviewed by law enforcement, on or about June 5, 2026, PROPER came into the store and purchased a bullpup shotgun. Firearms tracing records from the Bureau of Alcohol, Tobacco, Firearms and Explosives confirmed bullpup shotgun's purchase

learned that his activities were related to the online group in which he was participating.

18. The mother of PROPER detailed that PROPER's communications with these individuals largely occurred on his cellular device and provided a phone number for PROPER as xxx-xxx-3044. She also stated that she recently observed PROPER researching and mapping locations in the area just northwest of Washington, D.C. She stated that she also observed additional images and maps being sent to him from unknown individuals through texts and Discord messages and would overhear PROPER talking to these individuals verbally on his phone.

19. When the mother of PROPER asked PROPER what he was doing, he stated that he could not tell her exactly what he was doing, but that they were looking at multiple different locations and intended to conduct "recon" as well as "hit and run missions." A task force officer asked the mother of PROPER what she thought PROPER meant when he said, "hit and run missions." PROPER's mother responded that she believed that PROPER meant conducing shootings and then leaving.

**B. Law Enforcement Searches PROPER's Residence**

20. On June 11, 2026, the FBI, in coordination with the Knox County Sheriff's Office, CPD, and Danville Police Department, executed a local search warrant at the residence of PROPER, recovering a journal from his room that included pages in which PROPER wrote that the government wants to control people and that a larger group worships a demonic figure and sacrifices children to it. The journal also had a list of approximately 46 names, which included celebrities and politicians. While on scene, investigators also observed a large quantity of boxes of spent ammunition, rounds of spent cartridge casings, and other tactical clothing. Investigators also spoke to PROPER's father and grandmother, who stated that PROPER had become more closed off from his family and spent most of his time online speaking to unidentified persons. PROPER's family members also highlighted concerning statements that he made in recent months, such as making sympathetic comments about Adolf Hitler, and posting anti-Semitic comments on Facebook.

21. In addition to the search warrant on PROPER's residence, a search warrant was executed on the Apple iPhone belonging to PROPER, which had been previously seized by the Knox County Sheriff's Office to preserve evidence. During a preliminary review of the device, investigators observed his chats on Signal groups that laid out detailed plans to conduct an attack in Washington, D.C. with several unidentified co-conspirators. In those chats, law enforcement saw detailed imagery of the National Capitol Region and maps of the area with different potential sniper locations highlighted, potential drone launch locations identified, and other detailed tactical planning.

**C. Law Enforcement Interviewed PROPER Who Admitted that He and His Co-Conspirators Planned to Attack the UFC Freedom 250 Event**

22. FBI investigators traveled to Dublin Springs Mental Health Center in Columbus, Ohio to conduct an interview with PROPER. The interview was consensual and took place in an unlocked room while a case worker was also present. During the interview, PROPER admitted to planning with others a coordinated attack against the United States government during the UFC Freedom 250 event scheduled to take place on the South Lawn of the White House in Washington, D.C., on Sunday, June 14, 2026.

23. PROPER also provided additional details on the planned attack and stated that the plan as he knew it was to stage a demonstration on the north side of the White House. While the demonstration was taking place, the group would fly small, unmanned aircraft (*i.e.*, drones) laden with unspecified explosive devices which would detonate over the north side of the UFC arena. When the unmanned aircraft detonated, the intent was to force the crowd attending the UFC event and high value targets ("HVTs") to evacuate toward the south side of the White House. PROPER stated that the plan was that members of his group would act as snipers and additional shooters, preferably with long guns, staged at the south to conduct shootings of the members of the crowd and HVTs as they fled from the explosive devices which had just been detonated.

24. Based on public reporting, I know that a UFC event took place on the lawn of the White House on Sunday, June 14, 2026. I am also aware that the President of the United States

was in attendance at the UFC event. Also, based on news reports and open-source reporting, that politicians, including members of the United States Congress and the President's Cabinet, attended the UFC event.

25. PROPER told law enforcement that his cellphone contained other Signal chats and that the participants of this group were primarily recruited through TikTok. Once an individual had proven himself to be an established member of the group on TikTok, they were then transitioned to a vetted (and more secure) Signal chat. PROPER stated that the group exchanged videos, pictures of tactical kits, physical training proof, and other material through TikTok direct messages.

26. PROPER also informed investigators that he had been planning to drive to Washington, D.C., from Ohio, travelling through West Virginia. In West Virginia, he planned to meet up with another co-conspirator of the online group, later identified as SCAGGS, and then drive with that individual the rest of the way to Washington, D.C.

27. During his June 11, 2026, interview, PROPER also indicated that he had purchased equipment for the attack for other individuals.

28. On June 12, 2026, FBI personnel interviewed PROPER again at the Dublin Springs Mental Health Center.[4] After receiving *Miranda* warnings, PROPER provided information that confirmed what he had stated to the FBI during his June 11, 2026, interview.

### D. Information Obtained from ALVAREZ's Post-Arrest Interview and Phone Corroborates the Existence of a Conspiracy to Attack the UFC Freedom 250 Event at the White House and PERRY's involvement

29. Law enforcement identified ALVAREZ as one of PROPER's co-conspirators. On June 14, 2026, the FBI conducted a search warrant on ALVAREZ's residence in Nebraska. ALVAREZ was detained and interviewed at the time of the search. As part of the search, the

[4] I am aware that shortly after that interview, PROPER was released from the mental health center and taken into federal custody.

data from ALVAREZ's cellular telephone was downloaded and reviewed by investigators.

30. The search of ALVAREZ's cell phone revealed chats in the Signal app, in a group titled "Lions den." A user going by the online moniker "Shepherd" appeared to be posting a large portion of the messages relating to the UFC Freedom 250 attack planning. Based on my review of the seized device in support of the complaint charging ALVAREZ in the District of Nebraska and my knowledge of this investigation, I believe ALVAREZ utilized the username "Shepherd." On June 14, 2026, in this chat group, ALVAREZ provided direction to other co-conspirators regarding the planned attack on the UFC 250 Freedom event. ALVAREZ also admitted in his Mirandized post-arrest interview that he used the online moniker "Shepherd."

31. Based on my review of the Signal records obtained from ALVAREZ's device, I a Signal user with the username "Chrisp87" was added to the chat "Lions den" on June 10, 2026. Based on my knowledge of the investigation, I believe "Chrisp87" is Christopher Martin PERRY. FBI personnel identified PERRY as the user of the "Chrisp87" account based on social media queries where near identical usernames were utilized in separate social media platforms, including Instagram and TikTok. In particular, law enforcement officials were able to locate an Instagram account username of "@chrisp_87_", in which the photos associated with that account feature a male who resembles PERRY, as he appears in his California DMV photograph. Content posted or associated with the @chrisp_87_ Instagram account resembles content shared in the aforementioned Signal chats, namely discussions of civil unrest and revolution within the United States. FBI investigators were also able to identify a TikTok account with the username "@KingCrisp_87," which posted videos featuring a male who physically resembles PERRY. A search of ALVAREZ's phone showed conversations between ALVAREZ and the aforementioned TikTok account; certain content found in the TikTok account appears to frequently align with the concepts and themes found within the Signal chats discussed in this affidavit. In addition, within the Signal chats, "Crisp87" mentioned that he lived in northern California, which aligns with the law enforcement database results on PERRY residing in Rocklin, California.

32. On or about June 10, 2026, at approximately 12:04 AM UTC, ALVAREZ messaged in the "Lions den" chat that a briefing would start momentarily. PERRY responded in the chat that he was "Present" with a gift emoji. ALVAREZ stated later that he and others in the group "will have a tier system, this system will split us into groups depending on boots on the ground vs farmers and growers." Another member in the group, "Whiskey_Six(CA)" (identified as THOMAS), asked, "Anyone willing to commit the most heinous of crimes raise their hands." ALVAREZ later stated, "There's 22 operators here. Each will lead a team. To do what (only we will know) each team will not know the specifics of one another, only the date." ALVAREZ later stated, "Each of us is a match. Each can start a fire," and the said, "So here's the plan." ALVAREZ then shared a statement that read,

> DC is the main event. But: not everyone will be able to make it, those that do will need an evacuation route and plan. Head south follow the river, we are working on air support (not guaranteed) the objective is for ground units to support operations long enough for the signal. You will when you see it. When that happens. All hell will break loose. At the same time: I have word the multiple teams are making moves on data centers, and ice camps. Breach, rescue, destroy, sabotage, stall. This op will require many teams and leaders. I will coordinate this through. Stand by for further directives.

33. PERRY responded to that message with a saluting and flexed arm emoji. I believe that PERRY's response with this emoji reflects PERRY's willingness to engage in, and excitement for, a planned attack. PERRY later advised ALVAREZ that if not all members had been vetted, then the group "should leave it at that until everyone gets vetted." PERRY then shared his experience as a criminal and advised that the group "should have decoys and distractions. We should designate a team to set shit off somewhere near by 10 or so minutes before the main objective gets initiated. That way law enforcement goes to deal with the decoy and the main objective is wide open." ALVAREZ responded to that suggestion by stating, "Smart, a decoy," and then messaged, "a fire." PERRY later messaged, "I prefer nonviolence myself but when shtf [shit hits the fan] and it calls for violence then. I'm all in and 10 toes down."

34. PERRY messaged later that he could drive and had "evaded law enforcement several times." THOMAS asked if PERRY was "willing to pull up to guys running from gunfire and drive them to a safe house." PERRY responded, "If I need to. Absofuckinlutely." PERRY then detailed different ways that he would escape law enforcement detection, including "using oil, smoke, and hoses with nails."

**E. Direct Messages Between ALVAREZ and PERRY Found on ALVAREZ's Phone**

35. ALVAREZ's phone contained direct messages on the Signal messaging application between PERRY and ALVAREZ in the week leading up to the UFC Freedom 250 event, from on or about June 7, 2026, to June 13, 2026. On June 7, 2026, ALVAREZ messaged PERRY and said, "We need some drone operators. You in?" PERRY responded, "Who is this?" and then "Ohh you're from the California hubs?" ALVAREZ states, "Yes sir," to which PERRY responded, "What's good" and then "I have 0 experience, but I am a fast learner." ALVAREZ messaged, "We are thinking about recon for neighborhood watch programs to stop people from going missing. Can you assemble a team of 5? We Would send you reinforcements and a safe haven." PERRY responded, "I might be able to put together a team of 2 or maybe 3 people…" and then messaged, "And that's a big maybe." ALVAREZ responded to PERRY that "2 works."

36. On June 8, 2026, the conversation between PERRY and ALVAREZ continued with PERRY stating, "And even that's a big maybe bro. I don't know very many people anymore…The few people I do know are not bout that life." ALVAREZ responded, "It's all good, you're still a good contact, I'll add you to the cali team." PERRY stated, "Hell yea! Thanks man!"

**F. PERRY, ALVAREZ, and Other Co-conspirators Plan Other Coordinated Attacks**

37. On June 11, 2026, ALVAREZ added PERRY and others to a Signal group chat named "Sauron Eye." In this chat, ALVAREZ shared a plan in which the "Sauron Eye" group would target two sets of targets in California.

38. The first set of targets ALVAREZ sent were "Hyperscale Data Centers (The

Physical Heart of All)" and COMPANY 1, a prominent software company with offices in California and specializing in data analytics. ALVAREZ indicated that he was focused on these targets because they would have a "devastating effect, not just on [COMPANY 1] but on the state's entire digital ecosystem." ALVAREZ identified three specific data center targets located in Santa Clara, Sacramento, and outside of San Francisco. ALVAREZ also identified as targets two specific office locations of COMPANY 1, both in Palo Alto.

39. The second set of targets ALVAREZ focused on he referred to as "[t]he physical chokepoints. These included "Internet Exchange Points (IXPs)" and "Satellite Ground Stations (The Orbital Nerve)." ALVAREZ explained that "[t]he California internet relies on a dense network of exchange points." ALVAREZ identified IXP targets in San Jose and Los Angeles. ALVAREZ then stated that the satellite ground stations were targets because "[g]round stations are a vital point of failure in the satellite communication network. A strike here can blind an adversary's global intelligence capabilities." ALVAREZ identified two specific facilities. The first facility is "Salt Creek Station," which he stated is "[l]ocated 7 miles southwest of Arbuckle, CA. Historically operated by AT&T, this facility is also reportedly used by the NSA to capture and monitor satellite telecommunications." The second facility is "Buckley Space Force Base," which he described as "[a] critical military installation with high-value satellite control and surveillance facilities."

40. ALVAREZ then stated that he needed "a team of 10." ALVAREZ then said that "5 will do…but 10 is better." ALVAREZ then asked, "You like?" PERRY responded with a saluting emoji. I believe, based on my experience as an investigator, that the emoji demonstrated PERRY's agreement and willingness to participate in ALVAREZ's plans to attack and target database centers belonging to COMPANY 1. PERRY later stated that he did not know if he could "find anyone willing to do this," but that PERRY was "all in, 10 toes down. I just do not have anybody I trust enough to do this with." ALVAREZ responded that ALVAREZ would "find a team don't worry."

41. On June 12, 2026, ALVAREZ stated that "we have until the 4th. The 14th will give

them the cause they need to bust out their robotic toys. We need to disable [COMPANY 1's] arms." Based on my knowledge of this investigation and the context of these statements, I believe that ALVAREZ mentioned "the 14th" because June 14, 2026, was the planned day for the attack at the UFC Freedom 250 event, and because ALVAREZ believed that the event on the June 14 would be a precursor to another planned attack at COMPANY 1's facilities thereafter. ALVAREZ later stated that "it will give our forces the ability to overcome them." ALVAREZ then wrote that "without their tech they are nothing." PERRY responded later that he is "not trained in anything. But I've done my fair share of recon type shit." ALVAREZ later wrote that that their "mission to to blind the eye and disable their tech" and that it would give "our forces time to make a move."

42. Later on June 12, 2026, ALVAREZ said, "We need a breach team to cut the cables and smash shit," to which PERRY responded, "Oh I gotchu covered than." ALVAREZ messaged that he needed "1 hacker 3 infiltration 1 driver." PERRY responded, "I can drive too." ALVAREZ later stated, "Oh dude this needs to happen on the 14th." PERRY responded, "That's easy bro." I believe that in this exchange, ALVAREZ and PERRY were discussing their planned coordination with respect to the planned attack at the UFC Freedom 250 event at the White House and the planned attacks at AI data centers. ALVAREZ later stated in the chat that "after July 4th there won't be a system left."

43. Later in the chat, THOMAS asked PERRY if PERRY was coming with them to Washington, D.C. PERRY responded that he "can't really drop everything and head across the country rn [right now]. I'd need a few days to get my shit together." THOMAS later stated, "Ok no. Lemme tell him to move on," to which ALVAREZ responded, "Negative he's on the California op" and that "this is a different op quit double dipping lol [laugh out loud]." THOMAS responded, "My bad," and then PERRY said "lol [laugh out loud] all good."

**G. PERRY, Who Is a Felon, Claimed to Be in Possession of a Firearm**

44. On June 10, 2026, while on the "Lions den" signal chat, PERRY stated," I've been a career criminal. I've been selling drugs since I was a teenager. I've been engaged in a

slough of different criminal activities ranging from drugs and fraud and others I can't really speak of." PERRY later stated, "Oh I'm armed" but acknowledged that "he was not supposed to be." Based on my training and experience, I believe that stating he was "armed," PERRY meant that he currently had possession of a firearm and that he had knowledge that such possession was prohibited because of his criminal record.

45. According to law enforcement database checks, PERRY is a convicted felon and had previously been convicted of various California state felony offenses punishable by more than one year in prison, including burglary and possession with intent to sell illegal substances. Law enforcement database checks listed PERRY as a prohibited person for purposes of 18 U.S.C. § 922(g). PERRY's prior felony convictions were as follows:

- In or about February 2019, PERRY was convicted in Placer County of a felony violation of Cal. Penal Code § 4573(A) – bringing a controlled substance into a prison.
- In or about January 2025, PERRY was convicted in Solano County of a felony violation of Cal. Health and Safety Code § 11351 – Possession/Purchase for Sale Narcotic/Controlled Substance.

**H. The FBI Contacts PERRY**

46. On June 12, 2026, FBI Special Agent David Doh and United States Secret Service Special Agent Donvan Cann attempted a consensual interview with PERRY at his current residence in Rocklin, California, at approximately 7:03 PM PST. PERRY answered the door and spoke to the agents. PERRY denied knowing or being a part of any online group chat that involved the planning of an attack at the White House on the weekend of June 14, 2026. PERRY admitted he used the Signal app occasionally but did not say if the username "Chrisp87" was his. He did not provide consent for agents to review his phone. Law enforcement personnel departed the residence at approximately 8:03 PM PST.

///

///

**I. PERRY Reports to His Probation Officer and the FBI Executes a Search Warrant on His Residence. PERRY Is Then Arrested on a Probation Violation.**

47. On June 30, 2026, Placer County Deputy Probation Officer ("DPO") Jennifer Schultz mandated PERRY to appear at the Placer County Probation Department, the next morning at 9:00 AM.

48. On June 30, 2026, pursuant to Federal Search Warrant 2:26-sw-0577 CKD, FBI personnel conducted a search of PERRY's residence and seized multiple journal writings found in PERRY's room which featured statements consistent with content discussed by ALVAREZ, PERRY, and others found in the Signal chats described above, namely PERRY's support for and intention to foment civil unrest, as well as his expressions of anti-government sentiment.

49. That same day, at approximately 11:28 AM, DPO Schultz spoke with PERRY via telephone. In the conversation, PERRY told DPO Schultz that PERRY was currently in Clear Lake, California, but he would start traveling to the Placer County Probation Department momentarily. At approximately 1:59 PM, PERRY notified DPO Schultz that he would be arriving at the Probation Department at 2:18 PM. At approximately 2:30 PM, PERRY arrived at the Placer County Probation Department. Subsequently, DPO Schultz interviewed PERRY and seized a cell phone from his person. Placer County Probation officials also searched PERRY's vehicle under his probationary terms and seized a laptop and a second cell phone.[5] PERRY was then taken into custody for a probation violation.

**J. Law Enforcement Discovers that PERRY Had Deleted Evidence—Specifically, his Signal Chats and Application—from his iPhone.**

49. On June 30, 2026, at approximately 3:20 PM, I conducted a preliminary review of the seized cellular telephone device and typed "signal" on the device. The query resulted in a text message from an associate, PERSON 1, who messaged on June 25, 2026, "Yo tell me why you

[5] The FBI subsequently searched all three digital devices, pursuant to warrants. *See* 2:26-sw-0577-CKD; 2:26-sw-0611-JDP.

deleted Signal? I really wanna know." I did not see the Signal application installed on PERRY's phone, which corroborated the contents of this message. As stated previously, PERRY was approached by FBI personnel on June 12, 2026, and PERRY was asked specifically about PERRY's knowledge of the cited Signal chats and usernames related to the investigation. PERRY admitted he did use the Signal app occasionally, but when I queried "signal" into the device during my preliminary review, I did not locate information related to the Signal app or communications on Signal, other than the question in the text message describe above about why PERRY deleted the Signal app.

50. On July 22, 2026, FBI personnel conducted a further review of PERRY's seized iPhone and observed a conversation from June 16, 2026, between PERRY and an associate on TikTok. In the conversation, PERRY tried to convince the associate to download some material. The associate responded to PERRY that the associate used Signal. PERRY responded that he "had to ditch signal bro" and that he "thought signal was safe, it's not."

51. In addition, on August 6, 2026, I conducted a review of ALVAREZ's seized phone and noted that PERRY removed himself from the "Lions den" chat at approximately 8:45 PM PST, which is less than an hour after Special Agent Doh and Special Agent Donovan Cann left their interview with PERRY.

52. Based on my training and experience, the timing between when PERRY learned he was a person of interest in an FBI investigation and when PERRY removed himself from the "Lions den" group chat, deleted his Signal account, and uninstalled the Signal application from his phone, indicates that he did so with the intent to impede, obstruct, and influence the FBI's investigation.

### K. PERRY's Seized Phone Contains Photos of PERRY Holding Firearms

50. On July 22, 2026, FBI personnel conducted a further review of PERRY's phone and discovered several images and a video of PERRY holding firearms.

51. In particular, there was a picture of a hand holding a handgun, which was created on June 8, 2026. In a Telegram chat titled, "Toppled Tyranny Chat," PERRY messaged, "I'm not

supposed to have weapons lol" and sent the picture:






52. FBI personnel also discovered a video, created on May 27, 2026, in which PERRY is visible holding a handgun. Overlaid is text reading "This is the year…"



53. Additionally, FBI personnel discovered a picture, created on October 27, 2025, of a hand holding a rifle:



### L. The FBI Interviewed PERRY's Father, Who Confirmed PERRY Stored Firearms at PERRY's Father's House.

54. According to public record searches, PERRY's father resides in Clear Lake.

55. On July 27, 2026, FBI Special Agent David Doh and I interviewed PERRY's father at Perry's Father's house. PERRY's father said that PERRY last visited PERRY's father's house approximately six weeks ago and had plans to visit in June before PERRY was arrested for violating his probationary terms.

56. PERRY's father said that he and PERRY lived together in Grass Valley, California from approximately October 2022 to June 2025, when PERRY's father bought and moved to his current house in Clear Lake. According to PERRY's father, PERRY kept personal items at PERRY's father's house, including PERRY's rifle and handgun. PERRY's father said that the guns were inherited approximately three years ago by PERRY when PERRY's grandfather passed away.

57. According to public records, PERRY's grandfather died on or about December 31, 2018.

58. According to PERRY's mother, the firearms were sent to PERRY's house in Grass Valley, California on approximately October 20, 2022, when PERRY's mother sold PERRY's grandfather's house in Roseville. PERRY's mother's closing documents for the PERRY's grandfather's house state that the house sold on October 20, 2022.

59. According to PERRY's father, the firearms are currently located in a gun safe at PERRY's father's house.

**M. Law Enforcement Search PERRY's Father's Residence**

60. On July 30, 2026, pursuant to a search warrant issued by a magistrate judge in the Northern District of California, FBI and Clearlake Police Department personnel conducted a search of PERRY's father's house and seized five firearms and approximately 2,125 bullets from the residence. Law enforcement found four of the firearms in a room that PERRY's father identified as the room PERRY used when PERRY stayed in Clearlake. Law enforcement found the fifth firearm in PERRY's father's closet. PERRY's firearms are:

- Norinco handgun (made in China): Model 54; 7.62 mm x 25; Serial Number 202755
- SKS (modified) (made in Russia): 7.62 x 39; Serial Number CCCP47764
- Japanese single shot rifle; unknown caliber; no Serial Number
- Marlin Firearm .22 caliber level action rifle; Serial Number G10269
- Waseca .264 bolt action rifle; no Serial Number

61. PERRY's father confirmed that each of the five firearms seized belonged to PERRY and were inherited by PERRY from PERRY's maternal grandfather.

62. In addition, written on the top of one of the ammunition containers was "WWIII." Based on my training and experience, I know that "WWIII" refers to "World War III," a hypothetical large-scale conflict that escalates into a global war.

**N. The FBI Contacts PERSON 1**

63. On July 30, 2026, FBI personnel contacted PERSON 1 to ask about the June 25, 2026, messages between PERRY and PERSON 1, in which PERSON 1 asked PERRY why

PERRY had deleted the Signal application. According to PERSON 1, PERSON 1 and PERRY met in a online peer support social media group for people in Medication Assisted Treatment. PERSON 1 and PERRY were moderators for the group for approximately two months. PERSON 1 never met PERRY in person. Most of their conversations revolved around the support group.

64. According to PERSON 1, most of PERRY and PERSON 1's communications were on iMessage. PERSON 1 preferred Signal but PERRY said he did not want to use Signal anymore. PERSON 1 asked PERRY multiple times why he stopped using Signal, because PERSON 1 knew Signal was more secure. According to PERSON 1, PERRY never gave a direct answer. PERRY stated that he preferred iMessage.

65. In the interview, PERSON 1 said that he began disassociating with PERRY because PERRY asked him to send PERRY a 30-round magazine and a 45-round extended magazine. According to PERSON 1, this conversation occurred around the first two weeks of June 2026. PERSON 1 showed pictures to PERRY of his AR-15 and the magazines. Later, PERRY asked PERSON 1 to mail him those magazines because PERRY could not get them in California. PERSON 1 declined to do so. PERRY did not say why he wanted the magazines.

66. PERRY communicated to PERSON 1 that he did not have an AR-15 but sent PERSON 1 pictures of other guns. PERSON 1 believed that one of the pictures PERRY sent depicted a gun in PERRY's vehicle.

## CONCLUSION

67. Based on the information above, there is probable cause to believe that PERRY violated 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 1519.

/s/ McKay Campbell
McKay Campbell
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to telephonically before me on August __7____, 2026

HONORABLE SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

*/s/ Elliot C. Wong*
Approved as to form by AUSA ELLIOT C. WONG